**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03096-BNB

JAMES FAIRCLOTH,

    Plaintiff,

v.

ANNE CIOLEK,
WARDEN MICHAEL MILLER,
ASST. WARDEN WILSON,
CAPTAIN ALONZO GUERRERO,
LIEUTENANT ACKERS,
C.D.O.C. DIRECTOR OF MENTAL HEALTH SERVICES,
MS. NICKELS, Legal Assistant at CCF,
JOY HART, and
DAVE HENNINGER, CEO of CCA,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request for copies of documents he has filed in this action, which he makes in a letter to the court (ECF No. 4) filed on December 3, 2013, is DENIED. Plaintiff may obtain a copy of documents filed with the court by contacting the clerk of the court and paying any necessary fees.

Dated: December 5, 2013